FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30033-9-MAP |
| ) | |
| JOSEPH ASSELIN ) | |
| ) | |

NOTICE RE: AUTOMATIC DISCLOSURE

The defendant, **Joseph Asselin** in the above-entitled matter hereby states that he elects to proceed under the automatic discovery rules in accordance with Local Criminal Rules 116.1 through 116.5.

Respectfully submitted
By his attorney,

Bernard Grossberg
99 Summer Street
Suite 1800
Boston, MA 02110
(617) 737-8558
B.B.O. No. 212900

CERTIFICATE OF SERVICE

I, Bernard Grossberg, hereby certify that on this 23rd day of July, 2004, I have served a true copy of my **Notice Re: Automatic Disclosure** upon William Welch, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, MA 01103 by delivering same by pre-paid first class mail.

Bernard Grossberg