UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CRIM. NO. 04-300 -33-MAP |
| ) | |
| vs.                                                 ) | |
| ) | |
| 1.  RAYMOND ASSELIN, SR.,           ) | |
| 2.  ARTHUR SOTIRION,                     ) | |
| 3.  PETER DAVIS,                              ) | |
| 4.  JOHN SPANO,                              ) | |
| 5.  PAUL BANNICK,                          ) | |
| 6.  JANET ASSELIN,                          ) | |
| 7.  JAMES ASSELIN,                         ) | |
| 8.  RAYMOND ASSELIN, JR.           ) | |
| 9.  JOSEPH ASSELIN,                      ) | |
| 10. MELINDA ASSELIN,                 ) | |
| 11. MARIA SERRAZINA,                 ) | |
| 12. CHRISTOPHER ASSELIN, and ) | |
| 13. MERYLINA ASSELIN,               ) | |
|         Defendants.                              ) | |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

Defendants Raymond Asselin, Sr., Arthur Sotirion, Peter Davis, John Spano, Paul Bannick, Janet Asselin, James Asselin, Raymond Asselin, Jr., Joseph Asselin, Melinda Asselin, Maria Serrazina, Christopher Asselin, and Merylina Asselin respectfully request an extension of time of 60 days for certain deadlines set forth in the various scheduling orders in this case.  In support, they state as follows:

1. On July 13, 2004, this Court issued two Scheduling Orders and on July 15, 2004, a third.  Although each order concerned different defendants, the deadlines affected by this Motion for Extension of Time are identical.

2. The current deadlines for which the Defendants seek an extension are:

    a. discovery letters (under the current Orders, to be filed by August 26, 2004);

    b.    responses to discovery letters (under the current Orders, to be filed within 14 days of Defendants' discovery letters or by September 9, 2004, whichever date occurs first);

    c.    discovery motions (under the current Orders, to be filed within 14 days of the opposing party's declination to provide discovery or failure to respond, whichever date occurs first);

    d.    Initial Status Conference (under the current Orders, to be held on September 8, 2004); and

    e.    Joint memorandum under Local Rule 116.5(A)(1) through (7) (under the current Orders, to be filed by September 3, 2004).

3. The Defendants respectfully request a 60 day extension of time for each deadline set forth above.

4. Good cause exists for the Defendants' Motion because of the complexity of the charges against them. Also, discovery is expected to be voluminous and extraordinarily time consuming. Given these factors, and in order to effectively represent their respective clients, counsel for the Defendants require substantial time to review the automatic discovery provided to date and to formulate requests for additional discovery.

5. Assistant United States Attorney William Welch assents to this Motion for Extension of Time.

WHEREFORE, Defendants Raymond Asselin, Sr., Arthur Sotirion, Peter Davis, John Spano, Paul Bannick, Janet Asselin, James Asselin, Raymond Asselin, Jr., Joseph Asselin, Melinda Asselin, Maria Serrazina, Christopher Asselin, and Merylina

Asselin respectfully request that this Court grant this Motion and impose the following Scheduling Order:

    a.    Discovery letters to be filed by **October 26, 2004**;

    b.    Responses to discovery letters to be filed within 14 days of Defendants' discovery letters, or **November 9, 2004**, whichever date occurs first;

    c.    Discovery motions to be filed within 14 days of the opposing party's declination to provide discovery or failure to respond, or **November 23, 2004**, whichever date occurs first;

    d.    Initial Status Conference to be held on **November 9, 2004** (if that date is convenient for the Court); and

    e.    The parties' joint memorandum under Local Rule 116.5(A)(1) through (7) to be filed by **November 2, 2004**.

    Respectfully submitted,

    RAYMOND ASSELIN, SR.
    JANET ASSELIN

    ___/s/ Richard M. Egbert_____
    Richard M. Egbert (BBO No. 151800)
    Patricia A. DeJuneas (BBO No. 652997)
    Law Office of Richard Egbert
    99 Summer Street, Suite 1800
    Boston, MA 02110
    Tel: (617) 737.8222

ARTHUR SOTIRION,


 /s/ Vincent A. Bongiorni_____
Vincent A. Bongiorni, Esquire
95 State Street
Springfield, MA  01103
(413) 732-0222


PETER DAVIS,


 /s/ James C. Rehnquist_____
James C. Rehnquist, Esquire
Kathleen Luz, Esquire
Goodwin Proctor & Hoar
Exchange Place
Boston, MA  02109
(617) 570-1000


JOHN SPANO,


 /s/ Philip Lauro_____
Philip H. Lauro, Esquire
Cooledge & Lauro
80 Maple Street
Springfield, MA  01105
(413) 732-1188



PAUL BANNICK,


  /s/ Steven W. Leary_____
Steven W. Leary, Esquire
95 State Street
Springfield, MA  01103
(413) 737-1489

JAMES ASSELIN
JOSEPH ASSELIN
MELINDA ASSELIN,


  /s/ Bernard Grossberg
Bernard Grossberg, Esquire
99 Summer Street, Suite 1800
Boston, MA  02110
(617) 737-8558


RAYMOND ASSELIN, JR.


  /s/ Joseph J. Balliro, Sr.
Joseph J. Balliro, Sr.
Balliro & Mondano
99 Summer Street, Suite 1800
Boston, MA  02110
(617) 737-8442


MARIA SERRAZINA


  /s/ Thomas Lesser
Thomas Lesser, Esquire
Lesser, Newman, Souweine & Nasser
39 Main Street
Northampton, MA  01060
(413) 584-7331


 CHRISTOPHER ASSELIN,


  /s/ Thomas Kiley
William Cintolo, Esquire
Thomas Kiley, Esquire
Cosgrove, Eisenberg & Kiley, P.C.
One International Place
Boston, MA  02110
(617) 439-7775

                MERYLINA ASSELIN,

                ___/s/ David Hoose_____
                David P. Hoose, Esquire
                1145 Main Street
                Springfield, MA  01103
                (413) 732-1939

ASSENT:

___/s/ William Welch_____
William Welch, III
Assistant U.S. Attorney
U.S. Attorney's Office
550 Main Street
Springfield, MA  01103

Case 3:04-cr-30033-MAP    Document 57    Filed 08/26/2004    Page 6 of 7

**CERTIFICATE OF SERVICE**

  I, Patricia A. DeJuneas, do hereby certify that I have served the foregoing Notice of Appearance on all defense counsel of record as well as William Welch, AUSA, by first class mail, this 26th day of August, 2004

                __/s/ Patricia A. DeJuneas_____
                Patricia A. DeJuneas