UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-30033-MAP |
| ) | |
| vs. ) | |
| ) | |
| RAYMOND ASSELIN, SR., et al. ) | DOCKETED |
| ) | |
| Defendants. ) | |

**FINAL STATUS CONFERENCE
JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this joint memorandum pursuant to Local Rule 116.5(C) and the Magistrate Judge's Scheduling Order as follows:

1. There are no outstanding discovery issues not yet presented or resolved by the court except Defendant Peter Davis' Motion for a Bill of Particulars and Motion to Compel Discovery. No other defendant has filed a motion for discovery.

2. The parties do not anticipate providing additional discovery as a result of the future receipt of information.

3. No defendant intends to raise a defense of insanity or public authority.

103

4. The Government has not requested notice of alibi. However, no defendant intends to raise a defense of alibi.

5. The defendants intend to file substantive motions that will require rulings by the District Court.

6. A schedule should be set for the filing of substantive motions, responses to those motions, and arguments on the motions if deemed necessary by the District Court.

7. The parties have not engaged in discussions about the early resolution of the case without a trial.

8. Given this case's designation as a complex case, no time will have run on the Speedy Trial Clock as of August 25th, 2005.

9. The parties believe at this point that a trial should be anticipated. At this time, the Government would estimate a trial of four months.

Filed this 24th day of August, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
WILLIAM M. WELCH II
Assistant United States Attorney

2

For defendants Raymond and Janet Asselin:

_____
RICHARD EGBERT, ESQ.

For defendant Arthur Sotirion:

_____
VINCENT BONGIORNI, ESQ.

For defendant Peter Davis:

_____
JAMES REHNQUIST, ESQ.

For defendant John Spano:

_____
THOMAS ROOKE, ESQ.

For defendant Paul Bannick:

_____
STEVEN LEARY, ESQ.

For defendant James Asselin:

_____
ROY ANDERSON, ESQ.

3

For defendant Maria Serrazina

_____
THOMAS LESSER, ESQ.

For defendants Joseph and Melinda Asselin

_____
BERNARD GROSSBERG, ESQ.

For defendant Christopher Asselin:

_____
THOMAS KILEY, ESQ.

For defendant Merylina Asselin:

_____
DAVID HOOSE, ESQ.

For defendant Raymond Asselin, Jr.

_____
JOSEPH BALLERO, ESQ.

4

CERTIFICATE OF SERVICE

Hampden, ss.                                Springfield, Massachusetts
                                            August 24, 2005


    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

Richard M. Egbert, Esq.                 Vincent A. Bongiorni, Esq.
99 Summer Street                        95 State Street
Suite 1620                              Springfield, MA   01103
Boston, MA   02110

James C. Rehnquist, Esq.                Thomas Rooke, Esq.
Goodwin Proctor & Hoar                  73 Chestnut Street
Exchange Place                          Springfield, MA 01103
Boston, MA 02109

Steven W. Leary, Esq.                   Roy H. Anderson, Esq.
95 State Street                         Box 1420
Springfield, MA 01103                   Springfield, MA   01101

Thomas Lesser, Esq.                     Bernard Grossberg, Esq.
Lesser, Newman, Souweine & Nasser       99 Summer Street
39 Main Street                          Suite 1800
Northampton, MA   01060                 Boston, MA   02110

Thomas R. Kiley, Esq.                   David P. Hoose, Esq.
Cosgrove, Eisenberg & Kiley             Katz, Sasson, Hoose & Turnbull
1 International Place                   1145 Main Street
Boston, MA   02110                      Springfield, MA   01103

Joseph Ballero, Esq.
99 Summer Street
Suite 1800
Boston, MA   02110

                                                  _/s/ William M. Welch II_____
                                        WILLIAM M. WELCH II
                                        Assistant United States Attorney

5