UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-30033-9-MAP |
| | ) | |
| JOSEPH ASSELIN | ) | |
| | ) | |

MOTION OF DEFENDANT JOSEPH ASSELIN TO
TEMPORARILY AMEND CONDITIONS OF RELEASE

The defendant, Joseph Asselin, in the above-entitled matter moves that his conditions of release be temporarily amended so as to allow him to attend the A.M.S. convention in Grapevine, Texas on March 16, 17, 18 and 19, 2006. The said convention is concerned with software for the practice and management of insurance agencies; the defendant has been a member of A.M.S. for the past five years since he purchased the C.H.S. Insurance Agency; and he attended two prior conventions. The defendant will depart by air from the Commonwealth of Massachusetts on March 16, 2006 and return to his home on March 19, 2006. The convention will be held at the Gaylord Texan resort in Grapevine, Texas.

Respectfully submitted
By his attorney,

/s/ Bernard Grossberg
_____
Bernard Grossberg
99 Summer Street
Suite 1800
Boston, MA  02110
(617) 737-8558
B.B.O. No. 212900

          /s/ William Welch
Assented to: _____
          William Welch, Esq.
          Assistant United States Attorney

CERTIFICATE OF SERVICE

      I, Bernard Grossberg, hereby certify that on this 16th day of February, 2006, I have served a true copy of my **Motion Of Defendant Joseph Asselin To Temporarily Amend Conditions Of Release** upon William Welch, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, MA 01103 by delivering same by pre-paid first class mail.

                                            /s/ Bernard Grossberg

                                            _____

                                            Bernard Grossberg