UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-30033-9-MAP |
| | ) | |
| JOSEPH ASSELIN | ) | |
| | ) | |

MOTION OF DEFENDANT JOSEPH ASSELIN TO
TEMPORARILY AMEND CONDITIONS OF RELEASE

    The defendant, Joseph Asselin, in the above-entitled matter moves that his conditions of release be temporarily amended so as to allow him to take a vacation with his children from April 20 to April 23, 2006 at Six Flags Lodge, 89 Six Flags Drive, Queensbury, New York. The defendant will depart by automobile from the Commonwealth of Massachusetts on April 20, 2006 and return to his home on April 23, 2006. The defendant and his children will be staying at Six Flags Lodge, telephone number 888-708-2684.

                                                                           Respectfully submitted
                                                                           By his attorney,

                                                                           /s/ Bernard Grossberg
                                                                           _____
                                                                           Bernard Grossberg
                                                                           99 Summer Street
                                                                           Suite 1800
                                                                           Boston, MA  02110
                                                                           (617) 737-8558
                                                                           B.B.O. No. 212900

          /s/ William Welch
Assented to: _____
               William Welch, Esq.
               Assistant United States Attorney

CERTIFICATE OF SERVICE

      I, Bernard Grossberg, hereby certify that on this 12th day of April, 2006, I have served a true copy of my **Motion Of Defendant Joseph Asselin To Temporarily Amend Conditions Of Release** upon William Welch, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, MA  01103 by delivering same by pre-paid first class mail.

      /s/ Bernard Grossberg

      _____

      Bernard Grossberg