UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30033-9-MAP |
| ) | |
| JOSEPH ASSELIN ) | |
| ) | |

**DEFENDANT'S MOTION TO ENLARGE TIME TO FILE TRIAL MOTIONS**

The defendant Joseph Asselin in the above-entitled matter moves that the time within which he may file trial motions be enlarged to September 15, 2006. In support of this motion, counsel for the defendant states that he is in the process of finalizing a plea agreement with the government and is in need of additional time to finalize said agreement. In addition, counsel fully expects that the defendant and the government will be able to reach the terms of a plea agreement.

The government will not be prejudiced in any regard by the allowance of the instant motion, whereas the defendant may be irrevocably prejudiced.

Counsel has discussed the instant motion with Assistant United States Attorney William Welch and it is the position of the government that it does not oppose this motion.

Respectfully submitted
By his attorney,

/s/ Bernard Grossberg
_____
Bernard Grossberg
99 Summer Street
Suite 1800
Boston, MA  02110
(617) 737-8558
B.B.O. No. 212900

CERTIFICATE OF SERVICE

      I, Bernard Grossberg, hereby certify that on this 30th day of August, 2006, I have served a true copy of my **Defendant's Motion To Enlarge Time To File Trial Motions** upon William Welch, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, MA  01103 by delivering same by pre-paid first class mail.

                                            /s/ Bernard Grossberg
                                            _____
                                            Bernard Grossberg