UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30033-9-MAP |
| ) | |
| JOSEPH ASSELIN ) | |
| ) | |

**<u>DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING</u>**

The defendant, Joseph Asselin, in the above-entitled matter moves this Court that the sentencing hearing presently scheduled for December 19, 2006 be continued to a later date certain. In support of this motion, the defendant states the following:

(1)  The defendant's counsel is involved in a first degree murder trial in the Suffolk County Superior Court, <u>Commonwealth v. Young</u>, No. SUCR-2003-11165, which commenced on November 6, 2006 and which most likely will not conclude until November 13 or 14, 2006. Because of this trial and counsel's other commitments, as well as, the schedule of United States Probation Officer Richard Rinaldi, the defendant's Presentence Investigation interview has not been able to be scheduled. (As of this date, counsel is scheduled to begin trial on December 7, 2006 in a multi-defendant first degree murder case in the Suffolk County Superior Court.)

(2)  Upon completion of the Presentence Investigation, the Probation Department will require thirty-five (35) days to draft a preliminary Presentence Investigation Report and thereafter, counsel will be in need of an amount of time to confer with the defendant, to review the Presentence Report and to file any objections to the said report.

(3)  The government will not be prejudiced in any regard by the allowance of the instant motion, whereas the defendant may be irrevocably prejudiced.

(4) Counsel has discussed the instant motion with United States Probation Officer Richard Rinaldi and it his position that he does not oppose this motion.

> Respectfully submitted
> By his attorney,
>
> /s/ Bernard Grossberg
> _____
> Bernard Grossberg
> 99 Summer Street
> Suite 1800
> Boston, MA  02110
> (617) 737-8558
> B.B.O. No. 212900

CERTIFICATE OF SERVICE

I, Bernard Grossberg, hereby certify that on this 9th day of November, 2006, I have served a true copy of **Defendant's Motion To Continue Sentencing Hearing** upon Kevin O'Regan, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, MA  01103, and upon United States Probation Officer, Richard Rinaldi, United States Probation, Federal Building & Courthouse, 1550 Main Street, Springfield, MA  01103 by pre-paid first class mail.

> /s/ Bernard Grossberg
> _____
> Bernard Grossberg