UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30033-9-MAP |
| ) | |
| JOSEPH ASSELIN ) | |
| ) | |

**MOTION OF DEFENDANTS JOSEPH ASSELIN AND MELINDA ASSELIN TO TEMPORARILY AMEND CONDITIONS OF RELEASE**

The defendant, Joseph Asselin and Melinda Asselin, in the above-entitled matter moves this Court to temporarily amend their present respective conditions of release so as to allow them to take a vacation with their children from **Saturday, December 23, 2006 to Thursday, December 28, 2006**, with their children at the Walt Disney World Resort, Orlando, Florida. The defendants will depart from the Commonwealth of Massachusetts on December 23, 2006 and return to their home on December 28, 2006. The defendants and their children will be staying at the Old Key West Resort, Walt Disney World Resort, Orlando, Florida, telephone number 407-827-7700.

Respectfully submitted
By his attorney,

/s/ Bernard Grossberg
_____
Bernard Grossberg
99 Summer Street
Suite 1800
Boston, MA  02110
(617) 737-8558
B.B.O. No. 212900

CERTIFICATE OF SERVICE

      I, Bernard Grossberg, hereby certify that on this 8th day of December, 2006, I have served a true copy of **Motion Of Defendants Joseph Asselin And Melinda Asselin To Temporarily Amend Conditions Of Release** upon Kevin O'Regan, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, MA 01103, and upon United States Probation Officer, Richard Rinaldi, United States Probation, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103 by pre-paid first class mail.

                        /s/ Bernard Grossberg
                        _____
                        Bernard Grossberg