UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30033-9-MAP |
| ) | |
| JOSEPH ASSELIN ) | |
| ) | |

**DEFENDANT'S MOTION FOR FINAL
CONTINUANCE OF SENTENCING HEARING**

The defendant, Joseph Asselin, in the above-entitled matter moves this Court that the sentencing hearing presently scheduled for January 30, 2007 be continued one final time for a short amount of time to preferably either February 21, 22, 23, 26, 2007, if such dates are convenient for the Court. In support of this motion, the defendant states the following:

(1) The defendant provided substantial assistance to the government and testified at the trial of co-defendant Peter Davis; however, the government has not informed counsel for the defendant whether or not it will file a motion pursuant to U.S.S.G. §5K1.1 and if it does so, the sentence reduction that it will suggest to the Court. Consequently, counsel for the defendant is not able to properly prepare for and represent the defendant at his sentencing hearing without such information.

(2) The voluminous Presentence Investigation Report, which consists of seventy-seven (77) pages and three hundred and fifty-six (356) paragraphs, was mailed to counsel on or about December 21, 2006; however, because of the holidays, counsel did not receive the report until January 2, 2007. In addition, counsel was not able to forward the report to the defendant for his review until that date and the defendant received the report on or about January 4, 2007. Subsequently, counsel and the defendant have personally

met on two occasions to review the report and conferred on a number of other occasions; however, because of counsel's daily schedule and other commitments, their review of the report is continuing. Based upon these discussions, counsel has requested the defendant to obtain certain documentation which he is in the process of doing. Given this situation, counsel is in need of an additional amount of time to submit comments and objections to the Presentence Report within sufficient time prior to the defendant's sentencing hearing so that such information may be included in the final Presentence Report and reviewed by the Probation Department.

(3) The defendant does not desire to unduly delay his sentencing hearing and requests a short continuance of the presently scheduled hearing so that he may present all facts and/or claims at a sentencing hearing and so that this Court may fairly sentence him.

(4) The government will not be prejudiced in any regard by the allowance of the instant motion, whereas the defendant may be irrevocably prejudiced.

> Respectfully submitted
> By his attorney,
>
> /s/ Bernard Grossberg
> _____
>
> Bernard Grossberg
> 99 Summer Street
> Suite 1800
> Boston, MA  02110
> (617) 737-8558
> B.B.O. No. 212900

CERTIFICATE OF SERVICE

    I, Bernard Grossberg, hereby certify that on this 19th day of January, 2007, I have served a true copy of **Defendant's Motion For Final Continuance Of Sentencing Hearing** upon Kevin O'Regan, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, MA 01103, and upon United States Probation Officer, Richard Rinaldi, United States Probation, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103 by pre-paid first class mail.

                                          /s/ Bernard Grossberg
                                          _____
                                          Bernard Grossberg