UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-30033-9-MAP |
| | ) | |
| JOSEPH ASSELIN | ) | |
| | ) | |

**EMERGENCY MOTION FOR RECONSIDERATION
OF DEFENDANT'S MOTION FOR FINAL
CONTINUANCE OF SENTENCING HEARING**

The defendant, Joseph Asselin, in the above-entitled matter moves this Court to reconsider its denial of the Defendant's Motion For Final Continuance Of Sentencing Hearing filed on January 19, 2007 and denied by this Court, Ponsor, J., on January 24, 2007. In support of this motion, counsel for the defendant reiterates and incorporates herein his said prior motion and states the following:

On January 25, 2007, counsel was ordered held for trial by the Court, Josephson, J., in <u>Alberto Ortega v. Michael Ash, et. al.</u>, Hampden County Superior Court No. HDCV2004-01021-B from January 25, 2007 to January 30, 2007, accept for January 29, 2007, or until such time as the trial of this case concludes. That Court may also allow counsel to be excused from that trial at 2:00 on January 30, 2007 to attend the defendant's presently scheduled sentencing hearing. The problem that counsel, who is a sole practitioner, faces, is that he cannot concomitantly prepare and try the civil state case and prepare this matter for sentencing on the afternoon of January 30, 2007. For counsel to endeavor to do so, would result in his rendering ineffective assistance to both his state court client and the defendant in this matter. Moreover, counsel is in need of a short amount of time to finalize the defendant's response to the pre-sentence report, to

meet with the defendant, to obtain documentation regarding alternative dispositions for the defendant and to prepare a sentencing memorandum for submission to this Court based on those efforts. Counsel sincerely believes that he can present grounds for a disposition other than incarceration should he be afforded a short amount of time within which to do so.

Counsel's predicament or schedule is further complicated by the fact that he is also scheduled to appear in the following two matters on Monday, January 26, 2007:

- United States v. Bruce Forest, 3:06-CR-129 (JCH) United States District Court for the District of Connecticut at Bridgeport, Connecticut, hearing re motion to modify release conditions. The defendant is suffering from serious medical conditions and the Court has agreed to hear motion so that defendant may be temporarily released to obtain essential, diagnostic medical attention at previously designated medical facilities on specific dates and times. The defendant's medical problems may be "life threatening" and the defendant was previously examined at F.M.C. Devens; however, that examination was not satisfactory. The defendant must be released on that date in order to implement the conditions; however, local police officials are opposed to the defendant's release. (at 10:00 a.m.)

- United States v. Steven Obara, 3:06-CR-009 (SRU) United States District Court for the District of Connecticut at Bridgeport, Connecticut, hearing re sentencing (at 2:00 p.m.)

The need for counsel to prepare for and appear at the said hearings in the United States District Court for the District of Connecticut further exacerbates counsel's situation.

Counsel is scheduled to be away from February 2, 2007 to February 6, 2007 on a personal trip; however, counsel will reschedule that trip and once again respectfully requests that this matter be continued one final time for a short amount of time to either February 5, 6, 7, 8, 16, 20, 21, 22, 23, 2007, if such dates are convenient for the Court. Counsel does not desire to unduly prolong this matter, nor to inconvenience the Court;

however, he also does not want to be of a disservice to his clients and to the defendant in this most serious matter.

        Respectfully submitted
        By his attorney,

        /s/ Bernard Grossberg
        _____

        Bernard Grossberg
        99 Summer Street
        Suite 1800
        Boston, MA  02110
        (617) 737-8558
        B.B.O. No. 212900

## CERTIFICATE OF SERVICE

I, Bernard Grossberg, hereby certify that on this 25th day of January, 2007, I have served a true copy of **Emergency Motion For Reconsideration Of Defendant's Motion For Final Continuance Of Sentencing Hearing** upon Kevin O'Regan, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, MA  01103, and upon United States Probation Officer, Richard Rinaldi, United States Probation, Federal Building & Courthouse, 1550 Main Street, Springfield, MA  01103 by pre-paid first class mail.

        /s/ Bernard Grossberg
        _____
        Bernard Grossberg