



CUSTOMER RECEIPT                                          BankBoston

BANKBOSTON           -EAST SPRINGFIELD                BRANCH # 00475

06/15/1998 02:06 PM  POSTING DATE: 06/15/1998  FOR BANK USE: 0003 00175 CLG9267

MONEY MARKET ACCOUNT       646-76250    DEPOSIT AMOUNT        $52,500.00

FOR 24-HOUR SERVICE CALL 1-800-788-5000 or 788-5000 (From many MA areas).
USE YOUR HOME EQUITY LINE TO FINANCE AN EDUCATION.

All items are subject to collection, verification and existing bank regulations

BR-1512 Rev 4/97                                    Please retain for your records