UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>JOSEPH ASSELIN              ) | Criminal No. 04-30033-9-MAP |

**MOTION OF DEFENDANT JOSEPH ASSELIN
TO MODIFY SPECIAL CONDITIONS OF PROBATION**

The defendant Joseph Asselin in the above-entitled matter moves this Court to modify the special condition of his probation regarding community confinement so as to require that he serve the first year of his probation in home confinement and that the condition of community confinement be rescinded. In support of this motion, the defendant states the following:

(1) On February 7, 2007, this Court, Ponsor, J., imposed a sentence of probation for three (3) years on the defendant with the special conditions, <u>inter alia</u>, that the defendant serve the first six (6) months of the probationary period in community confinement followed by home confinement for a period of six (6) months.

(2) Subsequently, the defendant informed the Probation Department and/or the Bureau of Prisons, that he was prepared and desired to begin his period of community confinement as the earliest possible time.

(3) To date, the defendant has not been designated to a community confinement facility and he has been advised that as a result of space and other problems, he may not be so designated, at a minimum, for the next three (3) to six (6) months.

(4) At this time, the defendant is serving his probationary period, however, he is not able to satisfy the special conditions of either community confinement or home confinement.

(5) The defendant and his family are deeply religious and the Christmas holidays are extremely important to the defendant and his family. The defendant desires to be able to spend Christmas 2007 with his family, however, if his period of community confinement does not commence forthwith, he will not be able to do so. Moreover, the defendant's insurance business has its "busy season" during the winter months and requires the defendant's involvement and ability to devote his attention to his business at that time in order to operate. The defendant and his family cannot plan for the future because of the uncertainty as to when his community confinement will begin.

(6) Given the above, the defendant respectfully submits that the special conditions of his probation be modified so that the condition of community confinement is rescinded and that the special conditions of his probation require that he serve the first twelve (12) months of his probationary period in home confinement and that all conditions remain as imposed by the Court.

Respectfully submitted
By his attorney,

/s/ Bernard Grossberg

_____

Bernard Grossberg
99 Summer Street
Suite 1800
Boston, MA  02110
(617) 737-8558
B.B.O. No. 212900

CERTIFICATE OF SERVICE

      I, Bernard Grossberg, hereby certify that on this 10th day of April, 2007, I have served a true copy of my **Motion Of Defendant Joseph Asselin To Modify Special Conditions Of Probation** upon Kevin O'Regan, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, MA 01103 by delivering same by pre-paid first class mail.

      /s/ Bernard Grossberg

      _____

      Bernard Grossberg