UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:04CR30033-009-MAP |
| | ) | |
| JOSEPH ASSELIN | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Joseph Asselin, by payment in full.

             Respectfully submitted,

             UNITED STATES OF AMERICA
             By its attorneys

             MICHAEL J. SULLIVAN
             United States Attorney

By:   /s/ Christopher R. Donato
             CHRISTOPHER R. DONATO
             Assistant U.S. Attorney
             1 Courthouse Way, Suite 9200
             Boston, MA 02210
             (617) 748-3303

Dated: July 24, 2007

## CERTIFICATE OF SERVICE

Boston, s.s.                                                                                                                      Boston, MA

I hereby certify that on July 24, 2007, this document was filed through the ECF system and sent to Joseph Asselin located in Amhcrst, MA, electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

             /s/ Christopher R. Donato
             CHRISTOPHER R. DONATO
             Assistant U.S. Attorney